UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
LuAnn Alderson, et al.                    )
                                          )
        Plaintiffs,                       )
                                          )
v.                                        )        CIVIL ACTION
                                          )        NO. 04-11324 GAO
Indevus Pharmaceuticals, Inc., et al.     )
                                          )
        Defendants.                       )
_____ )

NOTICE OF FILING WITH CLERK'S OFFICE

        Notice is hereby given that the documents, exhibits or attachments listed below have been

manually filed with the Court and are available in paper form only:

        Certified Copies of Middlesex Superior Court docket and pleadings.

        The original documents are maintained in the case file in the Clerk's Office.


Dated:  June 25, 2004                     /s/ Janice W. Howe_____
                                          William A. McCormack  BBO #329580
                                          Janice W. Howe BBO #242190
                                          David Yamin BBO #562216
                                          Bingham McCutchen LLP
                                          150 Federal Street
                                          Boston, MA  02110
                                          (617) 951-8000
                                          *Counsel for Defendants Wyeth and*
                                          *Wyeth Pharmaceuticals, Inc.*