UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUANN F. ALDERSON, YVONNE H. AMOS, HAROLD T. ANDERSON, SHEILA D. ARNOLD, BONNIE BAILEY, JOYCE A. BRADLEY, KARAN S. BRUNO, BARBARA F. BURNETT, LYNNE BUTMAN, SANDRA S. COLLUM, KATHY L. DUSENBERY, CHARM L. FAKHRSHAFAEI, DEANNA FRANKLIN, SHARON D. HANNA, SANDRA HANNAM, BARBARA J. HOGAN, SHARON L. HOOVER, ETHEL KELCH, ROBERT-DUANE LEGRANDE, LAUREN M. MCLEOD, YOLANDA M. MOSBY, ANN E. O'NEILL, MERIT VINCENT, VICKY L. WILSON, WILLIAM B. WISE,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11324-GAO

**<u>NOTICE OF APPEARANCE</u>**

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: July 14, 2004<br>      Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>  Boehringer Ingelheim Pharmaceuticals, Inc |