UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LUANN F. ALDERSON, YVONNE H. AMOS,        :
HAROLD T. ANDERSON, SHEILA D.
ARNOLD, BONNIE BAILEY, JOYCE A.           :
BRADLEY, KARAN S. BRUNO, BARBARA F.
BURNETT, LYNNE BUTMAN, SANDRA S.          :
COLLUM, KATHY L. DUSENBERY, CHARM
L. FAKHRSHAFAEI, DEANNA FRANKLIN,         :
SHARON D. HANNA, SANDRA HANNAM,
BARBARA J. HOGAN, SHARON L. HOOVER,       :
ETHEL KELCH, ROBERT-DUANE
LEGRANDE, LAUREN M. MCLEOD,               :
YOLANDA M. MOSBY, ANN E. O'NEILL,
MERIT VINCENT, VICKY L. WILSON,           :
WILLIAM B. WISE,
                                          :
        Plaintiffs.                            Civil Action
v.                                        :    No. 04-11324-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: July 14, 2004  
   Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
 MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
 MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.