UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LUANN F. ALDERSON, YVONNE H. AMOS, HAROLD T. ANDERSON, SHEILA D. ARNOLD, BONNIE BAILEY, JOYCE A. BRADLEY, KARAN S. BRUNO, BARBARA F. BURNETT, LYNNE BUTMAN, SANDRA S. COLLUM, KATHY L. DUSENBERY, CHARM L. FAKHRSHAFAEI, DEANNA FRANKLIN, SHARON D. HANNA, SANDRA HANNAM, BARBARA J. HOGAN, SHARON L. HOOVER, ETHEL KELCH, ROBERT-DUANE LEGRANDE, LAUREN M. MCLEOD, YOLANDA M. MOSBY, ANN E. O'NEILL, MERIT VINCENT, VICKY L. WILSON, WILLIAM B. WISE,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11324-GAO

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 2, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant,  
Indevus Pharmaceuticals, Inc.