UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LUANN F. ALDERSON, YVONNE H. AMOS, :
HAROLD T. ANDERSON, SHEILA D.
ARNOLD, BONNIE BAILEY, JOYCE A. :
BRADLEY, KARAN S. BRUNO, BARBARA F.
BURNETT, LYNNE BUTMAN, SANDRA S. :
COLLUM, KATHY L. DUSENBERY, CHARM
L. FAKHRSHAFAEI, DEANNA FRANKLIN, :
SHARON D. HANNA, SANDRA HANNAM,
BARBARA J. HOGAN, SHARON L. HOOVER, :
ETHEL KELCH, ROBERT-DUANE
LEGRANDE, LAUREN M. MCLEOD, :
YOLANDA M. MOSBY, ANN E. O'NEILL,
MERIT VINCENT, VICKY L. WILSON, :
WILLIAM B. WISE,
:
    Plaintiffs,                                     :     Civil Action
v.                                                              No. 04-11324-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

    Defendants.                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
<u>OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  August 2, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant,
Indevus Pharmaceuticals, Inc.